IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CORINTHA M. HAMILTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 118-042 |
| | ) | |
| KRESIMER STANIC, LOLA TRUCKING INC., and ARTISAN & TRUCKERS CASUALTY COMPANY, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On April 9, 2018, the Court ordered Defendants "to provide sufficient evidence . . . that the jurisdictional amount is in controversy." (Doc. no. 8, p. 3.) Defendants responded by submitting, *inter alia*, Plaintiff's medical bills. (See doc. no. 9.) The medical bills provided exceed $75,000.00. (Doc. no. 9-3.) Defendants' response provides sufficient evidence to demonstrate that the jurisdictional amount is in controversy. Thus, the Court finds that it has subject matter jurisdiction over the case at this time, and the case shall proceed.

SO ORDERED this 18th day of April, 2018, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA